```
              IN THE UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF ARKANSAS
                        EASTERN DIVISION
```

DAVID MICHAEL FOLEY                                              PETITIONER

vs.                            2:08CV00173 HLJ

T. C. OUTLAW, Warden,
FCI, Forrest City, Arkansas                                      RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Henry L. Jones, Jr. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, judgment shall be entered dismissing this petition for a writ of habeas corpus in its entirety, with prejudice.

IT IS SO ORDERED this 24th day of June, 2009.

```
                              /s/Wm. R. Wilson, Jr.
                         UNITED STATES DISTRICT JUDGE
```