IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DAVID MICHAEL FOLEY                                                              PETITIONER

vs.                            2:08CV00173 HLJ

T. C. OUTLAW, Warden,
FCI, Forrest City, Arkansas                                                      RESPONDENT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is CONSIDERED, ORDERED and ADJUDGED that this petition be, and it is hereby, dismissed with prejudice. The relief prayed for is denied.

IT IS SO ADJUDGED this 24th day of June, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE